Eric O. BLIZZARD, Petitioner–Appellant,

v.

Ronald J. ANGELONE, Respondent–Appellee.

No. 01–7850.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 11, 2002.

Eric O. Blizzard, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Eric O. Blizzard appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Blizzard's motion for leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See Blizzard v. Angelone*, No. CA–01–1494–AM (E.D.Va. Oct. 11, 2001). We dispense with oral argument because the facts and

---

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Michael D. Wilkins appeals from the district court's orders affirming the bankruptcy court's resolution of his objection to Appellees' amended proof of claim and denying his motion for reconsideration. We have reviewed the record, the district court's orders, and the bankruptcy court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Wilkins v. Murray,* Nos. CA–00–840–3; BK–99–34315–SCS (E.D. Va. July 12, 2001; July 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.